IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

**RULE 26 INSTRUCTION ORDER**

In a case originally filed in this district, the parties shall confer as provided in Federal Rule of Civil Procedure 26(f) by the earlier of sixty days after any defendant has been served with the complaint or forty-five days after any defendant has appeared. L.R. 26.1(a).[1] In removed cases, the parties shall confer within twenty-one days from the later of the date of removal or filing of the last answer, but in no event later than forty-five days after first appearance by answer or Rule 12 motion of any defendant named in the original complaint. L.R. 26.1(e). In cases transferred from another district, the parties shall confer within twenty-one days of the case docketing in this district. L.R. 26.1(f).

Within fourteen days after the Rule 26(f) conference, the parties shall complete and file the attached Rule 26(f) report. L.R. 26.1(b). A party who cannot gain the cooperation of the other party in preparing the report should advise the Court prior to the filing deadline.

**SO ORDERED.**

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

[1] The Local Rules may be found on the Court's website at www.gasd.uscourts.gov.